# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PANAGIOTIS KONDYLIS

NO. 2024 KW 0151

**MAY 13, 2024**

---

In Re:      Panagiotis Kondylis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 488307.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The new rule of criminal procedure announced in **Ramos v. Louisiana**, 590 U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), which provides for unanimity in jury verdicts is not retroactive in Louisiana. **State v. Reddick**, 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. See also **State v. Jackson**, 2022-00720 (La. 5/16/23), 360 So.3d 473 (per curiam). Relator's conviction became final in 2016. Therefore, relator's March 29, 2021, application for postconviction relief and July 13, 2023 supplemental filing are untimely. Relator failed to demonstrate that La. Code Crim. P. art. 930.8(A)(2) is applicable to his case. Furthermore, relator's remaining claims fail to meet any of the exceptions to the La. Code Crim. P. art. 930.8 time bar, and therefore, are denied.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT